**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6904**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RAMONA MARIA DIFAZIO,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Raymond A. Jackson, District Judge. (CR-94-2-4, CA-96-152-4)

———————

Submitted: September 11, 1997    Decided: September 23, 1997

———————

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Ramona Maria DiFazio, Appellant Pro Se. Kevin Michael Comstock, Sherrie Scott Hardwick, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia; Stephen Wiley Miller, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. DiFazio, Nos. CR-94-2-4; CA-96-152-4 (E.D. Va. May 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2